IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CULINA, )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CONNELLSVILLE TOWNSHIP and )<br>DONNIE HANN, )<br>    Defendants. ) | Civil Action No. 12-484 | |

O R D E R

On April 13, 2012, Plaintiff, William Culina, filed an action in the above-captioned case, naming as Defendants Connellsville Township and Donnie Hann. On June 1, 2012, Defendants filed a motion to dismiss (ECF No. 4). On July 2, 2012, Magistrate Judge Mitchell filed a Report and Recommendation (ECF No. 12), recommending that the motion be granted. Plaintiff was directed to file his objections by July 19, 2012,

On July 19, 2012, Plaintiff filed a document titled "Motion to Dismiss Magistrate Judge Robert C. Mitchell" (ECF No. 14), which contains both objections to the Report and Recommendation and a motion for Magistrate Judge Mitchell to recuse himself from the case. Having made an independent review of the motion, the Report and Recommendation and Plaintiff's objections to the Report and Recommendation de novo, the Court concludes that Plaintiff's objections are without merit.

AND NOW, this 27th day of July, 2012,

IT IS ORDERED that Plaintiff's objections are overruled, Magistrate Judge Mitchell's Report and Recommendation is adopted as the opinion of the Court and Defendants' motion to dismiss (ECF No. 4) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if Plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

IT IS FURTHER ORDERED that Plaintiff's motion for Magistrate Judge Mitchell to recuse himself from this case (ECF No. 14) is dismissed as moot.

          *s/Nora Barry Fischer*
          Nora Barry Fischer
          United States District Judge

cc:    William Culina
        309 Demuth Road
        Connellsville, PA 15425